IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**LINDA CHASE,**

    **Plaintiff,**

v.                                                                    Case No. 5:22-cv-105-AW-MJF

**MARTIN WALSH, et al.,**

    **Defendants.**

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pending before the court is the magistrate judge's report and recommendation (ECF No. 28), which concludes the court should dismiss all claims but one. ECF No. 28. Plaintiff Linda Chase submitted a "Notice of Appeal and Objection to District Judge," ECF No. 32, which she said replaced her earlier filing, ECF No. 31. *See* ECF No. 32 ("This appeal & objection replaces the one filed on 10/28/22.").

The latter filing (ECF No. 32) did not comply with the court's local rules because it was handwritten but not "legible with adequate spacing between lines." N.D. Fla. Loc. R. 5.1(C). Accordingly, I issued an order striking it but giving Chase an opportunity to refile in legible type. ECF No. 48. Chase did not refile her objections.

I have considered the report and recommendation, and I agree with the magistrate judge's conclusions. I now adopt the report and recommendation and incorporate it into this order. Chase's ADA, Rehabilitation Act, FECA, and WPEA

claims are DISMISSED. The clerk will terminate Martin Walsh, Merrick Garland, Jason Coody, Janice Askin, Patricia Fitzgerald, Valerie Evans-Harrell, Thomas Shepard, Catherine Carter, Amy DeRocher, Sam Filson, Valerie McDowell, and Arginia Karamoto as Defendants.

The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on December 9, 2022.

                                                  s/ *Allen Winsor*
                                                  United States District Judge