IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**LINDA CHASE,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　Case No. 5:22-cv-105-AW-HTC

**U.S. DEPARTMENT OF LABOR,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court has considered the magistrate judge's report and recommendation (ECF No. 57), to which there has been no objection. The court now adopts the report and recommendation and incorporates it into this order. The clerk will enter a judgment that says, "Plaintiff's claims are dismissed without prejudice for failure to effect service and failure to comply with a court order." The clerk will then close the file.[1]

---

[1] Linda Chase has filed many recent cases in this court. She has sued many defendants, including many of this court's judges. I am a defendant in at least one case. In *Chase v. Muñiz*, Case No. 5:23cv23, I was listed as a defendant and assigned the case. Pursuant to 28 U.S.C. § 455(b)(5)(i), I recused. I have not recused in this case (in which I am *not* a party) for the reasons I explained in another case—reasons I incorporate here. *See Chase v. Ahuja*, Case No. 522cv225 (Dec. 16, 2022). In short, although Chase has sued me personally, under the circumstances, no "objective, fully informed lay observer would entertain significant doubt about the judge's impartiality." *Christo v. Padgett*, 223 F.3d 1324, 1333 (11th Cir. 2000).

SO ORDERED on March 20, 2023.

<u>s/ *Allen Winsor*</u>
United States District Judge